IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FANNIE MAE**, | CIVIL ACTION |
| Plaintiff, | Case No.: 23-02024 |
| v. | |
| **PF HILLSIDE MANOR, LP,** | |
| Defendant. | |

### NOTICE OF DATE OF U.S. MARSHAL'S SALE

**PLEASE TAKE NOTICE** that, pursuant to the Writ of Execution issued by this Court case on January 9, 2024, the property of PF Hillside Manor, LP known as Hillside Manor and located at 1127 Ward Street, Chester, Pennsylvania 19013 is scheduled for an execution sale by the U.S. Marshal on May 15, 2024, at 10:00 a.m.

**PLEASE TAKE FURTHER NOTICE** that we have sent notices of sale to all interested parties and arranged for the required pre-sale advertising.

Dated:  April 16, 2024

Respectfully submitted,

REED SMITH LLP

By:  */s/ Victoria A. Russell*
Victoria A. Russell
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone:  (215) 851-8100
Email:  vrussell@reedsmith.com

- and -

Jared S. Roach (admitted *pro hac vice*)
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222
Telephone:  (412) 288-3131
Email:  jroach@reedsmith.com

*Attorneys for Fannie Mae*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 16th day of April 2024, I served a true and correct copy of the within *Notice of Date of U.S. Marshal's Sale* via transmission of Notices of Electronic filing generated by the CM/ECF System to those parties registered to received Notices of Electronic Filing in this case and by U.S. first class mail, postage prepaid, upon:

PF Hillside Manor, LP
Hillside Manor, 1127 Ward Street,
Chester PA 19013

PF Hillside Manor, LP
47 High Street
Lakewood NJ 08701

PF Hillside Manor, LP
50 North 4th Street
Reading, PA 19601

Oron Zarum
47 High Street
Lakewood, NJ 08701

Scott Herzog, Esquire
Law Offices of Scott Herzog, LLC
96 Linwood Plaza #216
Fort Lee, NJ 07024

*/s/ Victoria Russell*
Victoria Russell, Esq.