**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Fannie Mae | 2:23-cv-02024 |
| DEFENDANT | TYPE OF PROCESS |
| PF Hillside Manor, LP | Sale Notice |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
N/A
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1127 Ward Street, Chester, Pennsylvania 19013

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Victoria A. Russell
Reed Smith LLP
1717 Arch Street, Suite 3100
Philadelphia PA 19103

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Post enclosed notice of sale at property address listed above and at United States Marshal for the Eastern District of Pennsylvania's office

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
Victoria Russell  Digitally signed by Victoria Russell  Date: 2024.04.08 12:50:17 -04'00'
TELEPHONE NUMBER: 215.851.8237
DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 66
District to Serve No. 66
Signature of Authorized USMS Deputy or Clerk
Date:

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:
Date: 4/10/24   Time: 12:30 pm

Address *(complete only if different than shown above)*:
Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**

Posted Notice - 2nd Fl. USMS Lobby @ 601 Market St. Phila. PA

Posted Notice on Front door at 1127 Ward St. Chester PA 19013
Service Fee: 2 Deputies x $65.00/hr x 1 Hour = 130.00
Mileage 40mi R/T x .67 = 26.80

Form USM-285
Rev. 03/21