IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FANNIE MAE**, | CIVIL ACTION |
| Plaintiff, | Case No.:  23-02024 |
| v. | |
| **PF HILLSIDE MANOR, LP,** | |
| Defendant. | |

### AFFIDAVIT REGARDING RETURN OF SERVICE PURSUANT TO PA. R. CIV. P. 440 AND 3129.2(c)(1) AND ADVERTISEMENT

I, Victoria A. Russell, having been duly sworn and cautioned hereby depose and say as follows:

1. I am an associate with the law firm of Reed Smith LLP.

2. We are retained as counsel for the Plaintiff in this action styled as *Fannie Mae v. PF Hillside Manor, LP*, Case No.: 23-02024 pending in the United States District Court for the Eastern District of Pennsylvania to effect service of certain documents upon various parties.

3. I am authorized to make this affidavit on behalf of the Plaintiff.

4. Pursuant to the *Writ of Execution* issued by this Court case on January 9, 2024, the property of PF Hillside Manor, LP known as Hillside Manor and located at 1127 Ward Street, Chester, Pennsylvania 19013 is scheduled for an execution sale by the U.S. Marshal on May 15, 2024, at 10:00 a.m. (the "USM Sale").

5. As required by Pa. R. Civ. P. 3129.2(c)(1)(ii) and 440, on April 8, 2024, I caused a true and corect copy of the *Writ of Execution*, the *Writ of Execution Notice*, the *Notice of U.S. Marshal's Sale of Real Property Pursuant to Pennsylvania Rule of Civil Procedure 3129.2* and all related papers (collectively, the "USM Sale Package")  to be served on the Defendant's attorney



by first class mail, postage prepaid.  A true and correct copy of the USM Sale Package is attached hereto, and incorporated by reference, as **Exhibit A**.

6. As required by Pa. R. Civ. P. 3129.2(c)(1)(iii), on April 8, 2024, I caused a true and correct copy of the USM Sale Package to be served on all parties listed on the *Affidavit Pursuant to Rule 3129.1* (the "Affidavit") by first class mail, postage prepaid.  A true and correct copy of the Affidavit is attached hereto, and incorporated by reference, as **Exhibit B**.

7. A true and correct copy of the Form 3817 Certificate of Mailings for the Defendant's attorney and each party listed on the Affidavit are attached hereto, and incorporated by reference, as **Exhibit C**.

8. As required by Pa. R. Civ. P. 3129.2(d), notice of the USM Sale was advertised in The Philadelphia Inquirer, a newspaper of general circulation in Delaware County, on April 19, 2024, April 26, 2024, and May 3, 2024. Proof of advertisement is attached hereto as **Exhibit D**.

9. As required by Pa. R. Civ. P. 3129.2(d), notice of the USM Sale was advertised in the Delaware County Legal Journal, the legal newspaper for Delaware County, on April 19, 2024, April 26, 2024, and May 3, 2024. Proof of advertisement is attached hereto as **Exhibit E**.

10. The service complies with the requirements of Pa. R. Civ. P. 3129.2(c) and (d).

11. Further affiant sayeth naught.

[*Remainder of page intentionally left blank*]



I verify that the statements made by me in this affidavit are true and correct to the best of my knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 PA. CONS. STAT. ANN. § 4904 relating to unsworn falsification to authorities.

Dated:  May 9, 2024

*Victoria Russell*
Signed on 2024/05/09 13:02:33 -8:00

Victoria A. Russell, Esquire

Sworn and Subscribed before me

This 9th day of  May, 2024.

*Rita Ann Gilson*
Signed on 2024/05/09 13:02:33 -8:00

Notary Public

Commonwealth of Pennsylvania - Notary Seal
Rita Ann Gilson, Notary Public
Philadelphia County
My Commission Expires Dec 08, 2024
Commission Number 1058876

Notary Stamp 2024/05/09 13:02:33 PST                              F20C2B9B21E5

Notarial act performed by audio-visual communication

