# EXHIBIT E

<u>Proof of Advertisement</u>

(Attached)

# DELAWARE COUNTY BAR ASSOCIATION

Owner and Publisher of

*DELAWARE COUNTY LEGAL JOURNAL*

PROOF OF PUBLICATION OF NOTICE

| | |
|---|---|
| STATE OF PENNSYLVANIA | } |
| COUNTY OF DELAWARE | } SS: |

KATHRYN I. TARR, Director of the DELAWARE COUNTY LEGAL JOURNAL, the duly designated legal newspaper for DELAWARE COUNTY, Pennsylvania, which legal newspaper was established in 1948, and its place of business and publication is at 335 West Front Street, Media, Delaware County, Pennsylvania 19063; and that a copy of the printed notice of publication is attached hereto exactly as printed or published in the issue or issues of said legal newspaper on the following date or dates: Friday, April 19 & 26; May 3, 2024, A.D.

---

**COPY OF NOTICE**
**SERVICE BY PUBLICATION**

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CASE NO.: 23-02024

NOTICE OF U.S. MARSHAL'S SALE OF REAL PROPERTY

Fannie Mae, Plaintiff
v.
PF Hillside Manor, LP, Defendant

PLEASE TAKE NOTICE that the United States Marshal for the Eastern District of Pennsylvania will conduct a public sale of real estate on May 15, 2024, at 10:00 a.m., at the James A. Byrne United States Courthouse, 601 Market Street, Room 2110, Philadelphia, PA 19106-1728.

TO BE SOLD: Real property know as Hillside Manor and located at 1127 Ward Street, Chester, Pennsylvania 19013, Delaware County, Pennsylvania (tax parcel number: 49-11-02125-90), as more particularly described in Exhibit A to the Assignment of Security Interest recorded on November 6, 2020, at Instrument Number 2020062604 in the Delaware County Recorder of Deeds, Delaware County, Pennsylvania.

SEIZED IN EXECUTION as the Property of PF HILLSIDE MANOR, LP. Judgment entered November 30, 2023: $13,760,241.74, plus accrued interests and costs.

Schedule of Distribution will be filed by the U.S. Marshal within 30 days of the date of sale.

For more information, contact Victoria A. Russell (215) 851-8237 or Jared S. Roach (412) 288-3131.

Apr. 19, 26; May 3

---

That affiant further states that he/she is the designated agent of the DELAWARE COUNTY BAR ASSOCIATION, the owner of said legal newspaper that he/she is not interested in the subject matter of the aforesaid notice or advertising, and that all allegations of the aforesaid statement as to time, place and character of publication are true.

*/s/ Kathryn Tarr*

Sworn and subscribed before me this 3rd Day of May 2024 A.D.

*/s/ Nancy Ravert Ward*
Notary Public

| |
|---|
| Commonwealth of Pennsylvania - Notary Seal |
| Nancy Ravert Ward, Notary Public |
| Delaware County |
| My commission expires December 6, 2026 |
| Commission number 1343587 |

Member, Pennsylvania Association of Notaries

DELAWARE COUNTY LEGAL JOURNAL   Vol. 111   No. 16   4/19/24

Your house (real estate) at 17 SNYDER LN., Aston, PA 19014 is scheduled to be sold at the Sheriff's Sale on June 21, 2024 at 11:00 A.M., at the PA—DELAWARE, DELAWARE COUNTY COURTHOUSE, 201 W. FRONT ST., MEDIA, PA 19063, to enforce the Court Judgment of $280,380.72 obtained by, ROCKET MORTGAGE, LLC f/k/a QUICKEN LOANS, LLC f/k/a QUICKEN LOANS INC. (the mortgagee), against the above premises.

BROCK & SCOTT, PLLC
Attorneys for Plaintiff
(844) 856-6646

Apr. 19, 26

## SERVICE BY PUBLICATION

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CASE NO.: 23-02024

NOTICE OF U.S. MARSHAL'S SALE OF REAL PROPERTY

Fannie Mae, Plaintiff
v.
PF Hillside Manor, LP, Defendant

PLEASE TAKE NOTICE that the United States Marshal for the Eastern District of Pennsylvania will conduct a public sale of real estate on May 15, 2024, at 10:00 a.m., at the James A. Byrne United States Courthouse, 601 Market Street, Room 2110, Philadelphia, PA 19106-1728.

TO BE SOLD: Real property know as Hillside Manor and located at 1127 Ward Street, Chester, Pennsylvania 19013, Delaware County, Pennsylvania (tax parcel number: 49-11-02123-90), as more particularly described in Exhibit A to the Assignment of Security Interest recorded on November 6, 2020, at Instrument Number 2020062604 in the Delaware County Recorder of Deeds, Delaware County, Pennsylvania.

SEIZED IN EXECUTION as the Property of PF HILLSIDE MANOR, LP. Judgment entered November 30, 2023: $13,760,241.74, plus accrued interests and costs.

Schedule of Distribution will be filed by the U.S. Marshal within 30 days of the date of sale.

For more information, contact Victoria A. Russell (215) 851-8237 or Jared S. Roach (412) 288-3131.

Apr. 19, 26; May 3

## SERVICE BY PUBLICATION

IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY
CIVIL ACTION—LAW
NO.: CV-2023-009090

Mortgage Assets Management, LLC c/o PHH Mortgage Corporation, Plaintiff
v.
Tekla Zlupko, Defendant

TO:   Tekla Zlupko

You have been sued in mortgage foreclosure on premises: 711 Cambridge Road, Brookhaven, PA 19015 based on defaults since May 30, 2023. You owe $210,650.55, plus interest.

NOTICE

If you wish to defend, you must enter a written appearance personally or by attorney and file your defenses or objections in writing with the court. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you without further notice for the relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO A LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

Delaware County Bar Association
(Lawyer Referral)
Lawyers' Reference Service
335 W. Front Street
Media, PA 19063
Telephone: (610) 566-6625
Fax: (610) 566-7952

Apr. 19

## SERVICE BY PUBLICATION

IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY, PENNSYLVANIA
CIVIL DIVISION
DOCKET NO. CV-2023-000497

DELAWARE COUNTY LEGAL JOURNAL    Vol. 111  No. 17    4/26/24

**SERVICE BY PUBLICATION**

IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY, PENNSYLVANIA
CIVIL DIVISION
NO.: CV-2023-005960
SALE NO.: ORIGINAL 6/21/24 SALE

ROCKET MORTGAGE, LLC f/k/a QUICKEN LOANS, LLC f/k/a QUICKEN LOANS INC., Plaintiff
v.
DE'LISA L. ARONSON, IN HER CAPACITY AS HEIR TO THE ESTATE OF MARK C. ARONSON, DECEASED; UNKNOWN HEIRS, SUCCESSORS, ASSIGNS, AND ALL PERSONS, FIRMS, OR ASSOCIATION CLAIMING RIGHT, TITLE OR INTEREST FROM OR UNDER MARK C. ARONSON, DECEASED, Defendant(s)

NOTICE OF SHERIFF'S SALE OF REAL PROPERTY

NOTICE TO: UNKNOWN HEIRS, SUCCESSORS, ASSIGNS, AND ALL PERSONS, FIRMS, OR ASSOCIATION CLAIMING RIGHT, TITLE OR INTEREST FROM OR UNDER MARK C. ARONSON, DECEASED

Being Premises: 17 SNYDER LN., Aston, PA 19014.

Being in TOWNSHIP OF ASTON, County of DELAWARE, Commonwealth of Pennsylvania, 02000245210.

Improvements consist of residential property.

Sold as the property of Mark C. Aronson and De'Lisa L. Aronson.

Your house (real estate) at 17 SNYDER LN., Aston, PA 19014 is scheduled to be sold at the Sheriff's Sale on June 21, 2024 at 11:00 A.M., at the PA—DELAWARE, DELAWARE COUNTY COURTHOUSE, 201 W. FRONT ST., MEDIA, PA 19063, to enforce the Court Judgment of $280,380.72 obtained by, ROCKET MORTGAGE, LLC f/k/a QUICKEN LOANS, LLC f/k/a QUICKEN LOANS INC. (the mortgagee), against the above premises.

BROCK & SCOTT, PLLC
Attorneys for Plaintiff
(844) 856-6646

Apr. 19, 26

**SERVICE BY PUBLICATION**

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CASE NO.: 23-02024

NOTICE OF U.S. MARSHAL'S SALE OF REAL PROPERTY

Fannie Mae, Plaintiff
v.
PF Hillside Manor, LP, Defendant

PLEASE TAKE NOTICE that the United States Marshal for the Eastern District of Pennsylvania will conduct a public sale of real estate on May 15, 2024, at 10:00 a.m., at the James A. Byrne United States Courthouse, 601 Market Street, Room 2110, Philadelphia, PA 19106-1728.

TO BE SOLD: Real property know as Hillside Manor and located at 1127 Ward Street, Chester, Pennsylvania 19013, Delaware County, Pennsylvania (tax parcel number: 49-11-02123-90), as more particularly described in Exhibit A to the Assignment of Security Interest recorded on November 6, 2020, at Instrument Number 2020062604 in the Delaware County Recorder of Deeds, Delaware County, Pennsylvania.

SEIZED IN EXECUTION as the Property of PF HILLSIDE MANOR, LP. Judgment entered November 30, 2023: $13,760,241.74, plus accrued interests and costs.

Schedule of Distribution will be filed by the U.S. Marshal within 30 days of the date of sale.

For more information, contact Victoria A. Russell (215) 851-8237 or Jared S. Roach (412) 288-3131.

Apr. 19, 26; May 3

DELAWARE COUNTY LEGAL JOURNAL   Vol. 111   No. 18   5/3/24

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERRAL SERVICE
Delaware County Bar Association
335 W. Front Street
Media, PA 19063
(610) 566-6625
www.delcobar.org

CHRISTOPHER F. BAGNATO, ESQUIRE
1500 Walnut Street
Suite 1510
Philadelphia, PA 19102

Apr. 26; May 3

### SERVICE BY PUBLICATION

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CASE NO.: 23-02024

NOTICE OF U.S. MARSHAL'S SALE OF REAL PROPERTY

Fannie Mae, Plaintiff
   v.
PF Hillside Manor, LP, Defendant

PLEASE TAKE NOTICE that the United States Marshal for the Eastern District of Pennsylvania will conduct a public sale of real estate on May 15, 2024, at 10:00 a.m., at the James A. Byrne United States Courthouse, 601 Market Street, Room 2110, Philadelphia, PA 19106-1728.

TO BE SOLD: Real property know as Hillside Manor and located at 1127 Ward Street, Chester, Pennsylvania 19013, Delaware County, Pennsylvania (tax parcel number: 49-11-02123-90), as more particularly described in Exhibit A to the Assignment of Security Interest recorded on November 6, 2020, at Instrument Number 2020062604 in the Delaware County Recorder of Deeds, Delaware County, Pennsylvania.

SEIZED IN EXECUTION as the Property of PF HILLSIDE MANOR, LP. Judgment entered November 30, 2023: $13,760,241.74, plus accrued interests and costs.

Schedule of Distribution will be filed by the U.S. Marshal within 30 days of the date of sale.

For more information, contact Victoria A. Russell (215) 851-8237 or Jared S. Roach (412) 288-3131.

Apr. 19, 26; May 3

### JUDGMENT NOTICES

JUDGMENTS, VERDICTS, LIENS, WAIVER OF LIENS and OTHER MATTERS ENTERED IN THE JUDGMENT INDEX IN THE OFFICE OF JUDICIAL SUPPORT AT MEDIA, PENNA.

The Name of the person against whom such entry is made in each case appears first, followed by the Name of the person in whose favor the entry is made and the amount. Details concerning the Nature of the entry are available in the Judicial Support record.

The Judgment Index in the Judicial Support office at Media discloses that the following judgments, verdicts, liens, waiver of liens and other matters have been entered on the dates indicated.

**Accuracy of the entries is not guaranteed**

Murtaugh, John J, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, Not Individually But as Trustee for PR, 9/6/2023, $221,762.73

Nan Inc, Commonwealth of PA Dept of Revenue, 9/13/2023, $3,098.50

Nasonnaples, Deborah Powell, Probation Dept of Delaware County, 11/2/2023, $5,142.50

Negron, Candido, Internal Revenue Service, 12/4/2023, $18,734.27

Norcutt, Kenneth D., Diamond Credit Union, 8/28/2023, $25,975.61

Oflynn, Geoffrey L, Atlantic Credit & Finance Inc, 9/18/2023, $3,343.20

Ogundipe, Bunmi, Township of Upper Darby, 10/11/2023, $259.33

Ogundipe, Bunmi, Township of Upper Darby, 10/11/2023, $259.33

Ogundipe, Bunmi, Township of Upper Darby, 10/20/2023, $225.70

Olugbenga, Falade, Borough of Sharon Hill, 12/19/2023, $728.00

Owens, Fred, Internal Revenue Service, 6/12/2023, $38,925.04

Pack, Jeffrey J, Cmwlth Dept of Revenue, 10/13/2023, $748.56