**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Fannie Mae | 2:23-cv-02024 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| PF Hillside Manor, LP | Sale Receipt |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PF Hillside Manor, LP
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
50 North 4th Street, Reading, PA 19601

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Victoria A. Russell
Reed Smith LLP
1717 Arch Street, Suite 3100
Philadelphia PA 19103

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
Post the U.S. Marshals Sale of Real Property and Bidder Registration at the United States Marshal for the Eastern District of Pennsylvania's office

Signature of Attorney other Originator requesting service on behalf of: **[X] PLAINTIFF  [ ] DEFENDANT**

Victoria Russell — Digitally signed by Victoria Russell Date: 2024.05.22 16:02:05 -04'00'

TELEPHONE NUMBER: 215.851.8237
DATE: 5/22/2024

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

Total Process: 1
District of Origin No. 66
District to Serve No. 66
Signature of Authorized USMS Deputy or Clerk: [signed]
Date: 5/24/2024

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:
PF Hillside Manor, LP

Date: 5/28/2024  Time: 10:00 [X] am [ ] pm

Address *(complete only different than shown above)*:
1127 Ward St. Chester, PA 19013

Signature of U.S. Marshal or Deputy: [signed]

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**
U.S. Marshals Sale of Real Property was held on 5/15/2024
- Sold The property Located at 1127 Ward St. Chester, PA 19013
- Highest Bidder was Fannie Mae who bid The amount of $100,000.00
- USMS Service Fee For Sale/Auction 1 HR × 65.00/hr = $65.00 (Payment Receiv[ed])

USMS Commission based on Judgement amount of $13,760,241.74
* 3% of first $1000.00 = $30.00
* 1.5% of Balance = $13,759,241.74 × 1.5% = $206,388.63
* $206,388.63 + $30.00 = $206,418.63
* Maximum Commission Allowed = $50,000 (Payment Due)

Form USM-285
Rev. 03/21



**U.S. Department of Justice**

**United States Marshals Service**

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## U.S. MARSHALS SALE OF REAL PROPERTY

CIVIL ACTION NO.: 23-cv-2024

I, David Sprague, a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at 1127 Ward St. Chester, PA. 19013.

The public sale was held on 5/15/2024

and the highest bidder was Fannie Mae

who bid the amount of $ 100,000.00.

Deputy U.S. Marshal
**United States Marshals Service**
**Eastern District of Pennsylvania**
**2110 U.S. Courthouse**
**601 Market Street**
**Philadelphia, PA 19106**
**(215) 597-7273**



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## BIDDER'S REGISTRATION FORM

NAME: Fannie Mae

ADDRESS: 1100 15th Street NW

Washington, DC 20005

PHONE (DAY): 972-656-8573

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Fannie Mae

The above is precisely how the name(s) are to appear in the deed