IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FANNIE MAE**, | CIVIL ACTION |
| Plaintiff, | Case No.: 23-02024 |
| v. | |
| **PF HILLSIDE MANOR, LP,** | |
| Defendant. | |

**PLAINTIFF FANNIE MAE'S MOTION TO (I) FIX FAIR MARKET VALUE AND (II) ENTER A DEFICIENCY JUDGMENT**

Pursuant to 42 Pa. C.S.A. § 8103(a), made applicable to this proceeding by Fed. R. Civ. P. 69(a)(1), Plaintiff Fannie Mae ("Plaintiff") respectfully moves (this "Motion") the Court for an order (i) fixing the fair market value for the property at issue in this action, known as Hillside Manor, 1127 Ward Street, Chester, Pennsylvania 19013, at $12,200,000, and (ii) entering a Deficiency Judgment in favor of Plaintiff and against Defendant PF Hillside Manor, LP. In support of this motion, Plaintiff relies upon the accompanying Memorandum of Law.

WHEREFORE, Plaintiff Fannie Mae respectfully requests that this Court grant this Motion and enter the proposed form of order filed herewith.

Dated: December 26, 2024

Respectfully submitted,

REED SMITH LLP

By: */s/ Victoria A. Russell*
Victoria A. Russell
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Email: vrussell@reedsmith.com

- and –

Jared S. Roach (*pro hac vice*)
225 Fifth Avenue, Suite 1200

Pittsburgh, PA  15222
Telephone:  (412) 288-3131
Email:  jroach@reedsmith.com

*Attorneys for Fannie Mae*

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 26th day of December 2024, I served a true and correct copy of the within *Plaintiff Fannie Mae's Motion to (I) Fix Fair Market Value, and (II) Ener a Deficiency Judgment* has been served via transmission of Notices of Electronic filing generated by the CM/ECF System to those parties registered to receive Notices of Electronic Filing in this case, and upon all other parties at the addresses listed below by U.S. First Class Mail, postage prepaid.

PF Hillside Manor, LP
47 High Street
Lakewood NJ 08701

Oron Zarum
47 High Street
Lakewood, NJ 08701

Mark S. Halpern
Mark S. Halpern & Associates, P.C.
150 N. Radnor Chester Road
Suite F-200
Radnor, PA 19087

S. Joshua Kahane
Glankler Brown, PLLC
6000 Poplar Ave., Suite 400
Memphis, TN 38119

*/s/ Victoria Russell*